**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| In the matter of<br>**DIANE NOLTE**<br>Debtor(s) | Case No. **07-10504**<br>Chapter 7<br>Judge **Jeffery P. Hopkins** |

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$3,431.20 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS<br>Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603-0587 | 3 | $3,103.28 |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS<br>Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603-0587 | 3 | $318.12 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $3,421.40 |

Dated:   9/1/2009                               /s/ GEORGE LEICHT

                                                George Leicht

cc: U.S. Trustee