## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

In re: § Case No. 07-10504
 §
DIANE R NOLTE § 
 §
 §
 Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

George Leicht, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $11,778.03 | Assets Exempt: | $11,778.03 |
| Total Distributions to Claimants: | $7,946.58 | Claims Discharged Without Payment: | $3,104.00 |
| Total Expenses of Administration: | $2,080.72 | | |

3) Total gross receipts of $47,161.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $37,133.76 (see **Exhibit 2**), yielded net receipts of $10,027.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $15,443.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,080.72 | $2,080.72 | $2,080.72 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $10,414.00 | $7,207.71 | $7,207.71 | $7,946.58 |
| **Total Disbursements** | $25,857.00 | $9,288.43 | $9,288.43 | $10,027.30 |

4). This case was originally filed under chapter 7 on 02/12/2007. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2009          **By:** /s/ George Leicht
                                          **Trustee**

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| **class action suit-not listed on original petiton but on amended schedules** | 1249-000 | $47,102.96 |
| **Interest Earned** | 1270-000 | $58.10 |
| TOTAL GROSS RECEIPTS | | $47,161.06 |

**The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.**

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| **Diane R. Nolte** | Exemptions | 8100-002 | $5,000.00 |
| **Diane Nolte** | Surplus Funds | 8200-002 | $32,133.76 |
| TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | $37,133.76 |

EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **Furniture Fair** | 4110-000 | $7,989.00 | NA | $0.00 | $0.00 |
| **Watson's** | 4110-000 | $7,454.00 | NA | $0.00 | $0.00 |
| TOTAL SECURED CLAIMS | | $15,443.00 | $0.00 | $0.00 | $0.00 |

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **George Leicht, Trustee** | 2100-000 | NA | $1,752.73 | $1,752.73 | $1,752.73 |
| **George Leicht, Trustee** | 2200-000 | NA | $27.99 | $27.99 | $27.99 |
| **George Leicht, Attorney, Attorney for Trustee** | 3110-000 | NA | $300.00 | $300.00 | $300.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $2,080.72 | $2,080.72 | $2,080.72 |

EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (9/1/2009)**

EXHIBIT 6 – PRIORITY UNSECURED CLAIMS


EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **Home Depot** | 7100-000 | $3,104.00 | NA | NA | $0.00 |
| **Lowe's / GE Money Bank** | 7100-000 | $0.00 | NA | NA | $0.00 |
| **LVNV Funding LLC its successors and assigns as** | 7100-000 | $3,125.00 | $3,103.28 | $3,103.28 | $0.00 |
| **Clerk, US Bankruptcy Court (Claim No. 3; LVNV Funding LLC its successors and assigns as)** | 7100-001 | $0.00 | $0.00 | $0.00 | $3,103.28 |
| **Clerk, US Bankruptcy Court (Claim No. 3; LVNV Funding LLC its successors and assigns as)** | 7990-001 | $0.00 | $0.00 | $0.00 | $318.12 |
| **Recovery Management Systems Corporation** | 7100-000 | $1,703.00 | $1,892.63 | $1,892.63 | $1,892.63 |
| **Recovery Management Systems Corporation (Claim No. 1; Recovery Management Systems Corporation)** | 7990-000 | $0.00 | $0.00 | $0.00 | $194.02 |
| **Sallie Mae** | 7100-000 | $2,482.00 | $2,211.80 | $2,211.80 | $2,211.80 |
| **Sallie Mae (Claim No. 2; Sallie Mae)** | 7990-000 | $0.00 | $0.00 | $0.00 | $226.73 |
| TOTAL GENERAL UNSECURED CLAIMS | | $10,414.00 | $7,207.71 | $7,207.71 | $7,946.58 |

**UST Form 101-7-TDR (9/1/2009)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 07-10504 | Trustee Name: | George Leicht |
| Case Name: | NOLTE, DIANE R. | Date Filed (f) or Converted (c): | 02/12/2007 (f) |
| For the Period Ending: | 10/13/2009 | §341(a) Meeting Date: | 03/20/2007 |
| | | Claims Bar Date: | 04/28/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  cash | $50.00 | $0.00 | DA | $0.00 | FA |
| 2  household | $950.00 | $0.00 | DA | $0.00 | FA |
| 3  Fifth-Third Checking | $200.00 | $0.00 | DA | $0.00 | FA |
| 4  Past Due Alimony from Ex-Husband | $9,028.03 | $0.00 | DA | $0.00 | FA |
| 5  1993 Ford Escort | $750.00 | $0.00 | DA | $0.00 | FA |
| 6  wearing apparel | $400.00 | $0.00 | DA | $0.00 | FA |
| 7  jewelry | $400.00 | $0.00 | DA | $0.00 | FA |
| 8  class action suit-not listed on original petiton but on amended schedules (u) | $0.00 | $47,102.96 | | $47,102.96 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $58.10 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$11,778.03     $47,102.96     $47,161.06     **$0.00**

**Major Activities affecting case closing:**

Per Debtor's attorney, Debtor to receive a lump sum settlement from class action drug case - in excess of any exemption. Debtor moving to reopen case to amend petition (omitted from original filing) Trustee to investigate to determine if possible distribution to creditors.

Received response from Attys on Zyprexa settlement. Estimate award to debtor will be $21,500 including a Medicaid holdback of 30% - still be negotiated

**Initial Projected Date Of Final Report (TFR):** 09/30/2008     **Current Projected Date Of Final Report (TFR):** 12/31/2008     /s/ GEORGE LEICHT

GEORGE LEICHT

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 07-10504 | | **Trustee Name:** | George Leicht |
| **Case Name:** | NOLTE, DIANE R. | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******0720 | | **Checking Acct #:** | ******0504 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 2/12/2007 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 10/13/2009 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/19/2008 | | Transfer From: # 8192070504 | Transfer to Close Account | 9999-000 | $42,158.63 | | $42,158.63 |
| 01/29/2009 | | Transfer To: # 8192070504 | Transfer to Close Account | 9999-000 | | $42,158.63 | $0.00 |
| 02/19/2009 | | Transfer From: # 8192070504 | Transfer to Close Account | 9999-000 | $42,161.06 | | $42,161.06 |
| 05/01/2009 | 1001 | George Leicht | Trustee Expenses | 2200-000 | | $27.99 | $42,133.07 |
| 05/01/2009 | 1002 | George Leicht, Attorney | Final Distribution of Chapter 7 Trustee based on proof of claim filed by your office. | 3110-000 | | $300.00 | $41,833.07 |
| 05/01/2009 | 1003 | George Leicht | Trustee Compensation | 2100-000 | | $1,752.73 | $40,080.34 |
| 05/01/2009 | 1004 | Recovery Management Systems Corporation | Final Distribution of Chapter 7 Trustee based on proof of claim filed by your office. | * | | $2,086.65 | $37,993.69 |
| | | | Claim Amount  $(1,892.63) | 7100-000 | | | $37,993.69 |
| | | | Interest  $(194.02) | 7990-000 | | | $37,993.69 |
| 05/01/2009 | 1005 | Sallie Mae | Final Distribution of Chapter 7 Trustee based on proof of claim filed by your office. | * | | $2,438.53 | $35,555.16 |
| | | | Claim Amount  $(2,211.80) | 7100-000 | | | $35,555.16 |
| | | | Interest  $(226.73) | 7990-000 | | | $35,555.16 |
| 05/01/2009 | 1006 | LVNV Funding LLC its successors and assigns as | Final Distribution of Chapter 7 Trustee based on proof of claim filed by your office. | * | | $3,421.40 | $32,133.76 |
| | | | Claim Amount  $(3,103.28) | 7100-000 | | | $32,133.76 |
| | | | Interest  $(318.12) | 7990-000 | | | $32,133.76 |
| 05/01/2009 | 1007 | Diane Nolte | Final Distribution of Chapter 7 Trustee based on proof of claim filed by your office. | 8200-002 | | $32,133.76 | $0.00 |
| 09/01/2009 | 1006 | STOP PAYMENT: LVNV Funding LLC its successors and assigns as | Stop Payment for Check# 1006 | * | | ($3,421.40) | $3,421.40 |
| | | | Claim Amount  $3,103.28 | 7100-004 | | | $3,421.40 |
| | | | Interest  $318.12 | 7990-004 | | | $3,421.40 |
| 09/01/2009 | 1008 | Clerk, US Bankruptcy Court | Unclaimed Funds | * | | $3,421.40 | $0.00 |
| | | | Claim Amount  $(3,103.28) | 7100-001 | | | $0.00 |
| | | | Interest  $(318.12) | 7990-001 | | | $0.00 |

| | | | | **SUBTOTALS** | $84,319.69 | $84,319.69 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 07-10504 | **Trustee Name:** | George Leicht |
| **Case Name:** NOLTE, DIANE R. | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** ******0720 | **Checking Acct #:** | ******0504 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 2/12/2007 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 10/13/2009 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | |
|---|---|---|---|---|---|
| | | | **TOTALS:** | | $84,319.69 | $84,319.69 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $84,319.69 | $42,158.63 | |
| | | | **Subtotal** | | $0.00 | $42,161.06 | |
| | | | **Less: Payments to debtors** | | $0.00 | $32,133.76 | |
| | | | **Net** | | $0.00 | $10,027.30 | |

| For the period of 2/12/2007 to 10/13/2009 | | For the entire history of the account between 11/19/2008 to 10/13/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $84,319.69 | Total Internal/Transfer Receipts: | $84,319.69 |
| | | | |
| Total Compensable Disbursements: | $10,027.30 | Total Compensable Disbursements: | $10,027.30 |
| Total Non-Compensable Disbursements: | $32,133.76 | Total Non-Compensable Disbursements: | $32,133.76 |
| Total Comp/Non Comp Disbursements: | $42,161.06 | Total Comp/Non Comp Disbursements: | $42,161.06 |
| Total Internal/Transfer Disbursements: | $42,158.63 | Total Internal/Transfer Disbursements: | $42,158.63 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-10504 | | Trustee Name: | George Leicht |
|---|---|---|---|---|
| Case Name: | NOLTE, DIANE R. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0720 | | Money Market Acct #: | ******0504 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/12/2007 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/13/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/11/2008 | | Fibich & Associates/Zyprexa Iolta Trust | Zyprexa Iolta Settlement Check | * | $47,102.96 | | $47,102.96 |
| | {8} | | Zyprexa Settlement (Debtor's Exemption)   $5,000.00 | 1249-002 | | | $47,102.96 |
| | {8} | | $42,102.96 | 1249-000 | | | $47,102.96 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $9.29 | | $47,112.25 |
| 07/04/2008 | 2001 | Diane R. Nolte | debtor's exemption on Zyprexa action | 8100-002 | | $5,000.00 | $42,112.25 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $13.71 | | $42,125.96 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $10.73 | | $42,136.69 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $10.39 | | $42,147.08 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $8.20 | | $42,155.28 |
| 11/19/2008 | (INT) | Sterling Bank | Account Closing Interest As Of 11/19/2008 | 1270-000 | $3.35 | | $42,158.63 |
| 11/19/2008 | | Transfer To:  # 7192070504 | Transfer to Close Account | 9999-000 | | $42,158.63 | $0.00 |
| 01/29/2009 | | Transfer From:  # 7192070504 | Transfer to Close Account | 9999-000 | $42,158.63 | | $42,158.63 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.35 | | $42,158.98 |
| 02/19/2009 | (INT) | Sterling Bank | Account Closing Interest As Of 2/19/2009 | 1270-000 | $2.08 | | $42,161.06 |
| 02/19/2009 | | Transfer To:  # 7192070504 | Transfer to Close Account | 9999-000 | | $42,161.06 | $0.00 |
| | | | | **SUBTOTALS** | $89,319.69 | $89,319.69 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 07-10504 | **Trustee Name:** | George Leicht |
| **Case Name:** NOLTE, DIANE R. | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** ******0720 | **Money Market Acct #:** | ******0504 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 2/12/2007 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 10/13/2009 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $89,319.69 | $89,319.69 | $0.00 |
| | | | **Less: Bank transfers/CDs** | $42,158.63 | $84,319.69 | |
| | | | **Subtotal** | $47,161.06 | $5,000.00 | |
| | | | **Less: Payments to debtors** | $0.00 | $5,000.00 | |
| | | | **Net** | $47,161.06 | $0.00 | |

| For the period of 2/12/2007 to 10/13/2009 | | For the entire history of the account between 06/11/2008 to 10/13/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $42,161.06 | Total Compensable Receipts: | $42,161.06 |
| Total Non-Compensable Receipts: | $5,000.00 | Total Non-Compensable Receipts: | $5,000.00 |
| Total Comp/Non Comp Receipts: | $47,161.06 | Total Comp/Non Comp Receipts: | $47,161.06 |
| Total Internal/Transfer Receipts: | $42,158.63 | Total Internal/Transfer Receipts: | $42,158.63 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $5,000.00 | Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 | Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $84,319.69 | Total Internal/Transfer Disbursements: | $84,319.69 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 07-10504 | **Trustee Name:** | George Leicht |
| **Case Name:** | NOLTE, DIANE R. | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******0720 | **Money Market Acct #:** | ******0504 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 2/12/2007 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 10/13/2009 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $47,161.06 | $47,161.06 | $0.00 |

**For the period of 2/12/2007 to 10/13/2009**

| | |
|---|---|
| Total Compensable Receipts: | $42,161.06 |
| Total Non-Compensable Receipts: | $5,000.00 |
| Total Comp/Non Comp Receipts: | $47,161.06 |
| Total Internal/Transfer Receipts: | $126,478.32 |
| | |
| Total Compensable Disbursements: | $10,027.30 |
| Total Non-Compensable Disbursements: | $37,133.76 |
| Total Comp/Non Comp Disbursements: | $47,161.06 |
| Total Internal/Transfer Disbursements: | $126,478.32 |

**For the entire history of the case between 02/12/2007 to 10/13/2009**

| | |
|---|---|
| Total Compensable Receipts: | $42,161.06 |
| Total Non-Compensable Receipts: | $5,000.00 |
| Total Comp/Non Comp Receipts: | $47,161.06 |
| Total Internal/Transfer Receipts: | $126,478.32 |
| | |
| Total Compensable Disbursements: | $10,027.30 |
| Total Non-Compensable Disbursements: | $37,133.76 |
| Total Comp/Non Comp Disbursements: | $47,161.06 |
| Total Internal/Transfer Disbursements: | $126,478.32 |