United States Bankruptcy Court for the
Southern District of Ohio, Western Division
Cincinnati Divisional Office

IN RE:

Case No. 07-10504

Diane R. Nolte

Debtor(s) /

## CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on <u>September 27, 2011</u> a <u>copy</u> of the Application for Release of Unclaimed Funds with Affidavits was served on the following via U.S. Mail:

**George Leicht**
Case Trustee
P O Box 400
Bethel, OH 45106-0400

**Unless a response is filed to this Application within twenty-one (21) days of service hereof an Order will be submitted to the Court granting this Application for Release of Unclaimed Funds.**

Dated: September 27, 2011

Brian J. Dilks
Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027
Brian.dilks@dilksknopik.com